POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>SO CAL EQUAL ACCESS GROUP<br>JASON KIM (SBN: 190246)<br>101 SOUTH WESTERN AVENUE SECOND FLOOR<br>LOS ANGELES, CA 90004<br>　　TELEPHONE NO: (213) 205-6560　　FAX NO *(Optional)*:<br>　　E-MAIL ADDRESS *(Optional)*:<br>　　ATTORNEY FOR *(Name)*: MOISES VILLALOBOS | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles<br>　STREET ADDRESS: 350 West 1st Street<br>　MAILING ADDRESS:<br>　CITY AND ZIP CODE: Los Angeles, 90012<br>　BRANCH NAME: FIRST STREET U.S COURTHOUSE | |
| PLAINTIFF / PETITIONER: MOISES VILLALOBOS<br>DEFENDANT / RESPONDENT: VAN BAKERY; VARDAN ASIKIAN, AS TRUSTEE OF THE NANO LIVING TRUST | CASE NUMBER:<br>2:25-cv-08241 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>14197264 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:  (Fed.R. Civ. P. 4(c)(2). "Service in compliance with federal rules of civil procedures")
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT
3. a. Party served *(specify name of party as shown on documents served)*:
      VAN BAKERY
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      C/O MERI MNATSAKANYAN, AS AGENT FOR SERVICE OF PROCESS
4. Address where the party was served:
   1000 East Broadway, STE. A, Glendale, CA 91205
5. I served the party *(check proper box)*
   a. [ ] **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                (2) at *(time)*:
   b. [X] **by substituted service**. On *(date)*: Thu, Sep 25 2025   at *(time)*: 03:18 PM   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Marine Berloshyan Manager
      (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: Thu, Sep 25 2025
         from *(city)*: UPLAND                                or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2<br>Code of Civil Procedure, § 417.10 |
|---|---|---|

| | |
|---|---|
| PLAINTIFF / PETITIONER: MOISES VILLALOBOS<br>DEFENDANT / RESPONDENT: VAN BAKERY; VARDAN ASIKIAN, AS TRUSTEE OF THE NANO LIVING TRUST | CASE NUMBER:<br>2:25-cv-08241 |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:           (2) from *(city)*:
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. [ ] **by other means** *(specify means of service and authorizing code section)*:

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)           [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)   [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)         [ ] 415.46 (occupant)
      [ ] other:

7. **Person who served papers**
   a. Name:              MICHAEL RODGERS
   b. Address:           440 NORTH MOUNTAIN AVENUE SUITE 115, UPLAND, CA 91786
   c. Telephone number:  909-850-5242
   d. **The fee** for service was:
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a registered California process server:
         (i)   [ ] owner [ ] employee [X] independent contractor
         (ii)  Registration No: 833
         (iii) County: SAN BERNARDINO

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/01/2025

MICHAEL RODGERS                                               *(signed)* M. Rodgers
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)       (SIGNATURE)

MC-031

| PLAINTIFF / PETITIONER: MOISES VILLALOBOS | CASE NUMBER: |
| --- | --- |
| DEFENDANT / RESPONDENT: VAN BAKERY; VARDAN ASIKIAN, AS TRUSTEE OF THE NANO LIVING TRUST | 2:25-cv-08241 |

## DECLARATION OF DILIGENCE

(This form must be attached to another form or court paper before it can be filed in court.)

1) Unsuccessful Attempt: Sep 22, 2025, 8:01 pm PDT at STE. A: 1000 East Broadway, Glendale, CA 91205
Per employee, the recipient is not at work today.

2) Unsuccessful Attempt: Sep 23, 2025, 3:21 pm PDT at STE. A: 1000 East Broadway, Glendale, CA 91205
Per employee, the recipient is not at work today.

3) Unsuccessful Attempt: Sep 24, 2025, 8:55 am PDT at STE. A: 1000 East Broadway, Glendale, CA 91205
Per employee, the recipient is not at work today.

4) Successful Attempt: Sep 25, 2025, 3:18 pm PDT at STE. A: 1000 East Broadway, Glendale, CA 91205 received by Marine Berloshyan Manager. Age: 45; Ethnicity: Armenian; Gender: Female

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   10/01/2025

MICHAEL RODGERS

(TYPE OR PRINT NAME)

*M. Rodgers* (signature)

(SIGNATURE OF DECLARANT)

☐ Attorney for    ☐ Plaintiff    ☐ Petitioner    ☐ Defendant
☐ Respondent    ☒ Other *(Specify):* REGISTERED PROCESS SERVER