UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:25-cv-02238 ADS Date: November 2, 2026

Title: *Marquise Bailey v. Abole Coffee Roastery, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On September 24, 2026, Plaintiff was ordered to file a renewed Motion for Default Judgment by no later than October 22, 2026. [Dkt. No. 24.] To date, Plaintiff has not filed a renewed Motion for Default Judgment to correct the defects in its first Motion for Default Judgment.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiff must file a written response no later than **November 9, 2026**.

Among other appropriate responses, Plaintiff may file a renewed Motion for Default Judgment in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:25-cv-02238 ADS Date: November 2, 2026

Title: *Marquise Bailey v. Abole Coffee Roastery, et al.*